**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA]**

**MIAMI DIVISION**

ANNA METROSE,                                    Case No.: 12-CV-62000 SCOLA/SNOW

       Plaintiffs,

vs.

VITAL RECOVERY SERVICES, INC.,

       Defendant.                           /

**NOTICE OF SETTLEMENT**

Defendant hereby serves notice upon the Court that a settlement has been reached with Plaintiff.

The parties are in the process of preparing the appropriate settlement documents for submittal to the Court, and are optimistic that such documents will be served and filed within the next 15 to 20 days upon Plaintiff's execution of a proposed release acceptable to the parties, as well as the transfer of the settlement payment and executed documents.

Dated: November 2, 2012.

                                  *s/David P. Hartnett*
                                  David P. Hartnett
                                  Florida Bar No. 0946631
                                  dhartnett@hinshawlaw.com
                                  HINSHAW & CULBERTSON LLP
                                  2525 Ponce de Leon Boulevard, 4th Floor
                                  Coral Gables, FL 33134
                                  Telephone: 305-358-7747
                                  Facsimile: 305-577-1063
                                  Primary: dhartnett@hinshawlaw.com
                                  Secondary: clucas@hinshawlaw.com

Case No.: 12-CV-62000 SCOLA/SNOW

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

JASON WEAVER, ESQUIRE
Jason Weaver, P.A.
3531 Griffin Road
Ft. Lauderdale, FL 33312
Phone: 954 987-0515
Fax: 954 964-3764
e-mail: Jason@jasonweaverpa.com

*s/David P. Hartnett*
David P. Hartnett
Florida Bar No. 0946631
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Primary: dhartnett@hinshawlaw.com
Secondary: clucas@hinshawlaw.com

14761329v1 NEWFILE