UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-62000-Civ-Scola

ANNA METROSE

    Plaintiff

v.

VITAL RECOVERY SERVICES INC

    Defendant
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby provide notice of this Stipulation for Dismissal of this action, with prejudice, and that this matter be closed and dismissed for all purposes.

Stipulated and Agreed to on this __18th__ day of February 2014:

s/ Jason Weaver esq.
Jason Weaver PA
FBN 0392596
jasonweaveresq@gmail.com
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515
(954) 964-3764

s/ David P. Hartnett esq
Florida Bar No. 0946631
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Primary: dhartnett@hinshawlaw.com
Secondary: clucas@hinshawlaw.com