# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-62000-Civ-SCOLA

ANNA METROSE,

    Plaintiff,

vs.

VITAL RECOVERY SERVICES, INC.,

    Defendant.

_____/

### Order of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Stip. of Dismissal With Prejudice, ECF No. 10).  The Clerk will **close** this case.  All pending motions, if any, are **denied** as moot.

**Done and Ordered** in chambers, at Miami, Florida, on February 18, 2014.

_____
Robert N. Scola, Jr.
United States District Judge